No. 81–1478.   HARVEY ET AL. *v.* FEDERAL ENERGY REG-
ULATORY COMMISSION ET AL., 457 U. S. 1105.

No. 81–1525.   THOMPSON *v.* WOLTENBERG, 456 U. S.
1006;

No. 81–1534.   NIEVES *v.* UNITED STATES, 457 U. S. 1117;

No. 81–1577.   BOARD OF EDUCATION OF ROGERS, AR-
KANSAS, ET AL. *v.* MCCLUSKEY, BY HIS NEXT FRIEND,
MCCLUSKEY, *ante,* p. 966;

No. 81–1589.   HUNT *v.* COLLINS, 457 U. S. 1127;

No. 81–1665.   DYKEMA ET AL. *v.* UNITED STATES ET AL.,
456 U. S. 983;

No. 81–1822.   FIALA *v.* VILLAGE OF CARPENTERSVILLE,
456 U. S. 990;

No. 81–2009.   YEO *v.* MICHIGAN, 457 U. S. 1134;

No. 81–2016.   RUPPEL *v.* UNITED STATES, *ante,* p. 1107;

No. 81–2018.   BERGER *v.* UNITED STATES ET AL., 457
U. S. 1120;

No. 81–2045.   NIEMI *v.* NATIONAL BROADCASTING CO.,
INC., ET AL., *ante,* p. 1108;

No. 81–5578.   BREWER *v.* INDIANA, *ante,* p. 1122;

No. 81–5731.   HYMAN *v.* SOUTH CAROLINA, *ante,* p. 1122;

No. 81–6528.   MASELLI *v.* STATE BOARD OF EQUALIZA-
TION OF CALIFORNIA, 457 U. S. 1108;

No. 81–6546.   PASCHAL *v.* FLORIDA PUBLIC EMPLOYEES
RELATIONS COMMISSION ET AL., 457 U. S. 1109;

No. 81–6559.   BLACK *v.* EAST OHIO GAS CO. ET AL., 457
U. S. 1109;

No. 81–6573.   HARRINGTON *v.* TENNESSEE, 457 U. S.
1110;

No. 81–6630.   HOOVER *v.* MISSISSIPPI, 457 U. S. 1137;

No. 81–6645.   RITTER *v.* RITTER, 457 U. S. 1138;

No. 81–6652.   NEUSTEIN *v.* UNITED STATES, 457 U. S.
1124; and

No. 81–6654.   UNITED STATES EX REL. MILLER *v.* MC-
CARTHY, SUPERINTENDENT, CALIFORNIA MEN'S COLONY,
ET AL., *ante,* p. 1109.   Petitions for rehearing denied.